UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                              Criminal No. 09-cr-61-01-JL

<u>Nathan Pillsbury</u>


<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                    _____
                                                    Joseph N. Laplante
                                                    United States District Judge

Date: May 18, 2009


cc: Jonathan R. Saxe, AFD
    Debra M. Walsh, AUSA
    U.S. Marshal
    U.S. Probation